## 59173. AUTUMN BREEZE NURSING HOME, INC. v. HALE.

Quillian, Presiding Judge.

Plaintiff appeals from the denial of its motion for summary judgment as to Count 4 of the defendant's counterclaim. *Held:*

The judgment in this case was not appealable absent compliance with Code Ann. § 6-701 (a) 2 (Ga. L. 1965, p. 18; as amended through Ga. L. 1979, pp. 619, 620). The appellant obtained a certificate for immediate review by the trial court but failed to apply for or obtain from this court an order permitting the appeal. Hence, the appeal is premature. *Williams v. State,* 148 Ga. App. 176 (251 SE2d 130).

*Appeal dismissed. Shulman and Carley, JJ., concur.*

Argued January 8, 1980 — Decided January 24, 1980.

*Robert A. Falanga,* for appellant.
*Charles L. Day,* for appellee.